IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

YONATHAN LEANDRO VILLAR,

    Petitioner,

v.

WARDEN E. EMMERICH,[1]
Oxford Federal Correctional Institution,

    Respondent.

ORDER

Case No. 24-cv-529-jdp

    Petitioner Yonathan Leandro Villar seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 30, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately February 2, 2024 through the date of the petition, August 1, 2024.

ORDER

IT IS ORDERED that:

    1. Petitioner Yonathan Leandro Villar may have until August 30, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

---

[1] I have amended the case caption to add the name E. Emmerich, the current warden of Oxford Federal Correctional Institution.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before August 30, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 5th day of August, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge